IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02046-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

LOUIS ORTEGA,

    Petitioner,

v.

RICK RAEMISCH,

    Respondent.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

    Petitioner, Louis Ortega, is in the custody of the Colorado Department of Corrections and is incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado.  He initiated this action on September 17, 2015 by filing "A Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" (ECF No. 1).  Mr. Ortega challenges the execution of his sentence.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the document is deficient as described in this Order.  Any papers that Mr. Ortega files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   ___     is not submitted
(2)   ___     is missing affidavit
(3)   ___     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___     is missing certificate showing current balance in prison account
(5)   ___     is missing required financial information

(6) ___ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) ___ is not on proper form
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) ___ other:

**Complaint, Petition or Application**:

(11) ___ is not submitted
(12) _X_ is not on proper form (must use the Court-approved form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) _X_ other: Petitioner fails to name a proper respondent.  The only proper respondent is the warden of the facility where Petitioner is incarcerated.

Accordingly, it is

ORDERED that Mr. Ortega cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Mr. Ortega files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Mr. Ortega shall obtain a copy of the court-approved form for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, along with the applicable instructions, at www.cod.uscourts.gov.  Mr. Ortega must use the Court-approved form when curing the deficiencies.  It is

FURTHER ORDERED that, if Mr. Ortega fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED September 22, 2015, at Denver, Colorado.

BY THE COURT:


 s/ Gordon P. Gallagher
United States Magistrate Judge